USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

EMMANUEL CONTRERAS,

                  Plaintiff,

-against-

DANYIL TRUCKING and GURSEL DANYILDIZ,

                  Defendants.

-------------------------------------------------------------------X

19-CV-9168 (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the national emergency, the status conference in this matter scheduled for May 7, 2020 is hereby adjourned. In lieu of a conference, the parties are directed to file a joint letter to update the Court as to the status of the case.

        **SO ORDERED.**

DATED:     New York, New York
               March 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge