```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EMMANUEL CONTRERAS,

                          Plaintiff,

        -against-

DANYIL TRUCKING and GURSEL DANYILDIZ,

                        Defendants.

------------------------------------------------------------------X

19-CV-9168 (KHP)

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic settlement conference in this matter is hereby scheduled for **July 14, 2020 at 2:00 p.m.**  The parties shall dial into the Court's AT&T conference line at the appropriate time: 866-434-5269 code 4858267.  Both parties and their counsel must be on the call.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties and their counsel must be available by phone from 2:00 p.m. to 5:00 p.m. so that the court can have more than one *ex parte* conversation with each side as needed.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **July 7, 2020 by 5:00 p.m.**

      SO ORDERED.

DATED:      New York, New York
                   May 5, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge