```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMMANUEL CONTRERAS,

                      Plaintiff,

      -against-

DANYIL TRUCKING and GURSEL DANYILDIZ,

                      Defendants.

-----------------------------------------------------------------X

19-CV-9168 (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the parties' settlement of this matter at today's settlement conference, this action will be dismissed without costs (including attorneys' fees) to either party on August 14, 2020**,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before August 14, 2020; any request filed thereafter may be denied solely on that basis.**

SO ORDERED.

Dated: New York, New York
       July 14, 2020

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge